IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

OFFICER BELZ, LT. TOM,
LT. PRIMMER, OFFICER KARNOPP,
SGT. WALLACE, SGT. HILL,
MRS. SHARPS (Clinical Services Counselor),
CAPTAIN GELBERT, High-Ranking Prison
Guard, SGT. CARPENTER, Shift Sergeant,
OFFICER T. JONES, Prison Guard,
OFFICER M. McCULLICK, Prison Guard,
ASSISTING OFFICERS (JOHN DOES),
1st SHIFT ASSESSING NURSE (JOHN DOE),
2nd SHIFT ASSESSING NURSE (JOHN DOE),
2nd SHIFT OBSERVING OFFICERS (JOHN
DOES), 2nd SHIFT STAFF (JOHN DOES),
Supervising Prison Guards and 3rd SHIFT
SUPERVISOR (JOHN DOE),

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-27-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case with prejudice for

plaintiff's failure to state a claim upon which relief may be granted.

_____Peter Oppeneer_____       _____2/16/10_____
Peter Oppeneer, Clerk of Court              Date